UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 08 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. |
| ) | |
| JORDAN HENRY, ) | |
| ) | 1:21-cr-0262 TWP-TAB |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(a)(6)
Making a False Statement during Purchase of a Firearm

Between January 15, 2021 and January 28, 2021, in the Southern District of Indiana, JORDAN HENRY, the defendant herein, in connection with the acquisition of a firearm(s), to wit: a Glock model 29 pistol bearing serial number BRZK830; and/or a Glock Model 17 pistol bearing serial number ACRP688; and/or a Glock Model 17 pistol bearing serial number BNXR954; and/or a Glock Model 17 pistol bearing serial number BNXZ744; and/or a Glock Model 22 pistol bearing serial number UEW271; and/or a Glock 19 pistol bearing serial number BNYZ613; and/or a Glock 19 pistol bearing serial number BRXH442; and/or a Glock 19 pistol bearing serial number BPDT656; and/or a Glock 19 pistol bearing serial number BNZH999, from Plainfield Shooting and SPB-Avon, licensed firearms dealers within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statements to Plainfield Shooting and SPB-Avon, which statements were intended and likely to deceive Shoot Point Blank LLC, as to a material fact to the lawfulness of such acquisition of the

said firearm(s) to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
## 18 U.S.C. § 924(a)(1)(A)
## Making a False Statement with Respect to Information Required to be kept by Licensed Firearms Dealers

Between January 15, 2021 and January 28, 2021, in the Southern District of Indiana, Jordan Henry, the defendant herein, did knowingly make a false statement and representation to Plainfield Shooting and SPB-Avon, licensed firearms dealers under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Plainfield Shooting and SPB-Avon, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of a Glock model 29 pistol bearing serial number BRZK830; and/or a Glock Model 17 pistol bearing serial number ACRP688; and/or a Glock Model 17 pistol bearing serial number BNXR954; and/or a Glock Model 17 pistol bearing serial number BNXZ744; and/or a Glock Model 22 pistol bearing serial number UEW271; and/or a Glock 19 pistol bearing serial number BNYZ613; and/or a Glock 19 pistol bearing serial number BRXH442; and/or a Glock 19 pistol bearing serial number BPDT656; and/or a Glock 19 pistol bearing serial number BNZH999.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of an offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

A TRUE BILL

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney